# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DODSON & HOOKS, APLC

VERSUS

THE LOUISIANA COMMUNITY
DEVELOPMENT CAPITAL FUND,
INC. "CAPFUND"

CONSOLIDATED WITH

LOUISIANA COMMUNITY
DEVELOPMENT CAPITAL FUND,
INC. (CAPFUND)

VERSUS

DODSON & HOOKS, APLC

NO.  2022 CW 1236

APRIL 5, 2023

---

In Re:    Dodson & Hooks, APLC, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 642674 c/w 652673.

---

BEFORE:   McCLENDON, HOLDRIDGE, AND GREENE, JJ.

**WRIT DISMISSED.**  Relator submitted a letter to this court
dated March 29, 2023, in which it advised this court that the
parties reached a settlement and requested that this matter be
dismissed.

PMc
GH
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT